```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                     :
ALVIN SUAREZ, on behalf of himself and all others                    :
similarly situated,                                                  :
                                                                     :
                              Plaintiff,                             :          24-CV-822 (JMF)
                                                                     :
              -v-                                                    :               ORDER
                                                                     :
BEYOND HEALTH INTERNATIONAL, LLC,                                    :
                                                                     :
                              Defendant.                             :
                                                                     :
---------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

      Plaintiff alleges that Defendant's website is not accessible to blind and visually impaired customers and, thus, violates Title III of the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12181 *et seq*.  In the Court's experience, cases involving such claims almost always settle, often even before the initial pretrial conference.  To that end, by separate Order to be entered today, **the Court is referring this case to the assigned Magistrate Judge for General Pretrial Purposes, including settlement.  To be clear, the referral does *not* encompass any dispositive motions, which will be handled by the undersigned in the normal course.**

      SO ORDERED.

Dated: February 7, 2024  
       New York, New York

                                                JESSE M. FURMAN  
                                            United States District Judge