AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    1:24-CV-00822-JMF-RFT

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Beyond Health International, LLC**
was recieved by me on  **2/12/2024:**

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **Ariel Hopkins**, who is designated by law to accept service of process on behalf of **Beyond Health International, LLC** at **1000 Pocatello Creek Rd Ste W1, Pocatello, ID 83201** on **02/14/2024 at 3:31 PM**; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 95.00** for services, for a total of **$ 95.00**.

I declare under penalty of perjury that this information is true.

Date:   02/14/2024

*Server's signature*

**Tamy Holjeson**
*Printed name and title*

**636 E Elaine Circle
INKOM, ID 83245**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to Ariel Hopkins who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a blonde-haired white female contact 25-35 years of age, 5'6"-5'8" tall and weighing 140-160 lbs.**





Tracking #: **0124696170**

**US District Court, New York, Southern Division, Manhattan**
**500 Pearl Street**
**New York, NY 10007**

**Beyond Health International, LLC**
**1000 Pocatello Creek Rd Ste W1**
**Pocatello, ID 83201**