UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALVIN SUAREZ,<br><br>                    Plaintiff,<br><br>   -against-<br><br>BEYOND HEALTH INTERNATIONAL, LLC,<br><br>                    Defendant. | 24-CV-00822 (JMF)(RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

By Order of Reference dated February 7, 2024 (ECF 6), Judge Jesse M. Furman referred this case to Magistrate Judge Jennifer E. Willis. On February 8, 2024, that referral was reassigned to me.

A settlement conference is scheduled for **Tuesday, April 30, 2024 at 2:00 p.m.** in Courtroom 9B at 500 Pearl Street, New York, NY, 10007. If this date is not convenient for the parties, counsel should e-mail my chambers at TarnofskyNYSDChambers@nysd.uscourts.gov by **April 4, 2024**, to propose three alternative dates and times for the settlement conference during the week of April 29, 2024.

The parties are instructed to complete the Ex Parte Settlement Conference Summary Report and prepare pre-conference submissions in accordance with my Individual Rules of Practice. Pre-conference submissions must be received no later than **April 23, 2024**, at **5:00 p.m**.

Corporate parties must send the person with decision-making authority to settle the matter to the conference.

If attending in person presents a hardship for any party, they may submit a letter on the docket explaining the situation and the reasons why they believe the settlement conference should be held remotely.

DATED:  March 21, 2024
              New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge